IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **JOSEPH E. OSBORNE,** | ) | **Civil Action No. 7:13-cv-00575** |
|    Petitioner, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **JOHN A. WOODSON,** | ) | By:   Hon. Michael F. Urbanski |
|    Respondent. | ) |        United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED and ADJUDGED**

that the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to Osborne.

          Entered:  February 21, 2014

          /s/ Michael F. Urbanski

          Michael F. Urbanski
          United States District Judge